August 20, 2020

Dear Judge,

My name is Latesha Moore and I'm the wife of Lacouris Pacely.

My husband suffers from back pains, asthma, high blood pressure, sleep apnea and diabetes. His physical well being is my concern due to the Covid 19. My husband has a very loving family, that miss him daily.

Me and Mr. Pacely share a 12 year old daughter named Sharil Pacely that suffers from sickle cell anemia. Sharil really needs her dad back home. She really needs her dad back home and cries every day, because she watch the news on TV. Sharil asks me daily if the Covid 19 hut her dad's jail. I pray to God you can help us bring him home.

Thank you,
Latesha Moore
(313) ███████