August 20, 2020

Dear Court:

My name is Courail Pacely and I'm the son of Lacouris Pacely and I have been taking on the role of my father to my sister Sharil Pacely, since my father left.

I pray my dad comes home, because he suffers from so many health issues and we don't want to lose him due to Covid 19. My sister asks me daily is Covid 19 at the jail and I don't respond back. My sister receives blood transfusions regular and my dad was the on4 who always sat with her and brightened up her day when she's I'll. I pray you bring him home.

                                                        Thank you,
                                                        Courail Pacely
                                                        (313) ■■■■■■